# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRIANNA A. DOTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-00997 |
| ) | Judge Trauger/Brown |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is plaintiff Brianna Dotson's objection (Doc. 25) to the Magistrate Judge's Report and Recommendation (R&R) (Doc. 22), recommending that plaintiff's motion for judgment on the administrative record (Doc. 13) be **DENIED** and that the Social Security Commissioner's denial of benefits be **AFFIRMED**. Following a *de novo* review pursuant to 28 U.S.C. § 636(b)(1), and as provided in the memorandum entered contemporaneously herewith, plaintiff's objection (Doc. 25) is **OVERRULED**, and the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Doc. 22) as the Court's's findings of fact and conclusions of law.

This order constitutes final judgment in this action for purposes of Rule 58, Fed. R. Civ. P..

It is so **ORDERED**.

**ENTER** this 12th day of September 2017.

Aleta A. Trauger
United States District Judge